UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASKI ROMERO, | Case No. LA CV 18-04740 VBF (PJW) |
| Plaintiff, | JUDGMENT |
| v. | |
| CDCR ET AL., | |
| Defendants. | |

Final judgment is hereby entered in favor of all defendants and against plaintiff Yaski Romero.  IT IS SO ADJUDGED.

Dated: July 15, 2020

*/s/ Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE